| | |
|---|---|
| **From:** | Richard Saddler <richardsaddler@yahoo.com> |
| **Sent:** | Tuesday, January 14, 2020 11:52 AM |
| **To:** | Allison E. Lee |
| **Subject:** | RE: Saddler v. Carvana - Stipulation re Amount in Controversy |

My last answer stands. Also I spoke with Bill (William) your senior partners at your firm yesterday and let him know that the hearing date has been moved to January 27th because the time in which you guys made the hearing, no one reached out to me and I already had prior engagements. Can you please confirm that date? Thank you

Sent from Yahoo Mail on Android

On Tue, Jan 14, 2020 at 11:27 AM, Allison E. Lee <alee@boylebrasher.com> wrote:

Just to make sure I'm understanding. Is it fair to say that at this time, you are not seeking more than $75,000 in damages, but as discovery progresses, you may learn of additional facts that might increase the amount sought?


**Allison E. Lee**

*Attorney at Law*

**BOYLE BRASHER LLC**

1010 Market Street, Ste. 950

St. Louis, MO 63101

T: 314.621.7700 | D: 314.448.4125

F: 314.621.1088 | M: 314.630.1876

alee@boylebrasher.com

_____

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510-2521, is legally privileged, and may contain attorney-client or attorney opinion work-product information.  Unauthorized review, use, disclosure or distribution is strictly prohibited.  If you are not the intended recipient, please contact the sender at 314-621-7700, or reply by e-mail and destroy all copies of the original message.  Thank you.

Security Notice – The Missouri Bar and the Missouri Supreme Court Rules require all Missouri attorneys to notify all email recipients that (1) email communication is not a secure method of communication; (2) any email that is sent to you or by you may be copied and held by any or all computers through which it passes as it is transmitted; and (3) persons not participating in our communication may intercept our communications by improperly accessing either of our computers or another computer unconnected to either of us through which the email is passed.  In the event you do not wish this form of communication in the future, please advise, and no further email communication will be forthcoming.



EXHIBIT C

**From:** Richard Saddler <richardsaddler@yahoo.com>
**Sent:** Tuesday, January 7, 2020 6:50 PM
**To:** Allison E. Lee <alee@boylebrasher.com>
**Subject:** Re: Saddler v. Carvana - Stipulation re Amount in Controversy

What I was trying to say in my last email is that I will review your request after all discovery has been completed.

Sent from Yahoo Mail on Android

On Tue, Jan 7, 2020 at 5:03 PM, Allison E. Lee

<alee@boylebrasher.com> wrote:

Mr. Saddler,

In the prior action, Carvana, LLC removed the action to federal court. You asked that the case be sent back to state court, stipulating that you were not seeking in excess of $75,000.00.

We noticed that you have added several counts to the Petition filed in the new action. Could you please advise whether you are willing to stipulate that your are not seeking more than $75,000.00 in this current suit?

Thank you,

**Allison E. Lee**

*Attorney at Law*

**BOYLE BRASHER LLC**

1010 Market Street, Ste. 950

St. Louis, MO 63101

T: 314.621.7700  I  D:  314.448.4125

F: 314.621.1088  I  M: 314.630.1876

alee@boylebrasher.com

_____

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510-2521, is legally privileged, and may contain attorney-client or attorney opinion work-product information.  Unauthorized review, use, disclosure or distribution is strictly prohibited.  If you are not the intended recipient, please contact the sender at 314-621-7700, or reply by e-mail and destroy all copies of the original message.  Thank you.

Security Notice – The Missouri Bar and the Missouri Supreme Court Rules require all Missouri attorneys to notify all email recipients that (1) email communication is not a secure method of communication; (2) any email that is sent to you or by you may be copied and held by any or all computers through which it passes as it is transmitted; and (3) persons not participating in our communication may intercept our communications by improperly accessing either of our computers or another computer unconnected to either of us through which the email is passed.  In the event you do not wish this form of communication in the future, please advise, and no further email communication will be forthcoming.