| | |
|---|---|
| **From:** | Richard Saddler <richardsaddler@yahoo.com> |
| **Sent:** | Sunday, June 2, 2019 9:49 PM |
| **To:** | William A. Brasher |
| **Subject:** | PLAINTIFF'S FIRST REQUEST FOR INTERROGATORIES DIRECTED TO DEFENDANT |
| **Attachments:** | PLAINTIFF'S FIRST REQUEST FOR INTERROGATORIES DIRECTED TO DEFENDANT...pdf |

My offer is as follows: Carvana sends me my title unencumbered and waive my loan with Bridgecrest at Carvana's expense. Lastly $500,000 punitive damages awarded to Plaintiff. This offer expires June 7, 2019.

Richard T. Saddler
richardsaddler@yahoo.com

1



EXHIBIT D