**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| RICHARD SADDLER, | |
| Plaintiff, | Cause No. 4:20-cv-105 |
| v. | |
| CARVANA, LLC, | |
| Defendant. | |

**DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE**

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, counsel of record for Defendant Carvana, LLC hereby discloses the following organizational interests:

1.      If the subject organization is a corporation,

      a.      Its parent companies or corporations (if none, state "none"):

      b.      Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

      c.      Any publicly held company or corporation that own ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

**Defendant Carvana, LLC is not a corporation.**

2.      If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

**Defendant Carvana, LLC is a limited liability company and its members are:**

      **a.      Carvana Group, LLC, which is a citizen of Arizona, California, Connecticut, Delaware, Georgia, New Jersey, Texas, and West Virginia; and**

      **b.      Carvana Co. Sub, LLC, which is a citizen of Arizona and Delaware.**

Respectfully submitted,

/s/ William A. Brasher

William A. Brasher, #30155MO
Allison E. Lee, #61626MO
**BOYLE BRASHER LLC**
1010 Market Street, Suite 950
St. Louis, Missouri 63101
P:  (314) 621-7700
F:  (314) 621-1088
wbrasher@boylebrasher.com
alee@boylebrasher.com

Christopher W. Cardwell, #49583MO
M. Thomas McFarland
(*pro hac vice* application forthcoming)
**GULLETT SANFORD ROBINSON
& MARTIN, PLLC**
150 Third Avenue South, Suite 1700
Nashville, TN 37201
P:  (615) 244-4994
F:  (615) 256-6339
ccardwell@gsrm.com
tmcfarland@gsrm.com

***Attorneys for Defendant***

41D7200                                    2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the <u>22nd</u> day of <u>January</u> 2020, the foregoing was filed electronically using the Court's CM/ECF system. I further certify that the below participant is believed not to be a CM/ECF user and that I have therefore mailed the foregoing document by First-Claim Mail, postage prepaid to the following:

Richard Saddler
413 Genoa Drive
Manchester, MO 63021
richardsaddler@yahoo.com
***Pro Se Plaintiff***

/s/ William A. Brasher
_____

41D7200

3