# Carvana - Vehicle Registration (Missing Document)

From: Registration (registration@carvana.com)
To: ricksaddler@yahoo.com
Date: Wednesday, October 3, 2018, 09:43 AM CDT

Hello Rick,

Thank you for your recent purchase with Carvana. Please note, your registration has been received however there is a hold on your file until the following item has been received:

Emissions Inspection:
• Original emissions inspection is required for used vehicles being registered in Franklin, Jefferson, St. Charles or St Louis County, or St Louis City.
• It must be completed in MO and cannot be more than 60 days old at the time of registration.

Please provide this information as soon as possible so as not to delay the processing of your registration. Should you have any questions, please contact our office at 800-333-4554.

All the best, and thank you for choosing Carvana!

Your Carvana Registration Team

Exhibit B