Richard Saddler, *Pro Se* Plaintiff
295 Brightfield Drive
Ballwin, MO 63021
(310) 428 - 2110

RECEIVED

FEB 2 0 2020

U.S. District Court
Eastern District of MO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

RICHARD SADDLER,

    **Plaintiff,**

v.

CARVANA, LLC,

    Defendant.

Cause No. 4:20-cv-**105**

Missouri State Court Cause No. 1
9SL-CC05679

## PLAINTIFF'S AFFIDAVIT IN SUPPORT OF HIS
## MEMORANDUM IN OPPSOITION TO REMOVAL

STATE OF MISSOURI      )
                                      ) ss.
COUNTY OF ST. LOUIS    )

    I, Richard Saddler, under penalty of perjury state:

1.    I am over twenty-one years of age and am competent to testify to the matters set forth herein.

2.    I know the following through personal knowledge or experience.

3.    I am submitting this Affidavit in support of my memorandum in opposition to defendant Carvana's petition to remove state case (Cause No. 4:20-cv-105) in the above-captioned matter.

4.    I initially filed this action in the Circuit Court for St. Louis County, Missouri, on May 13, 2019.

5. After Carvana removed the prior matter to federal court I brought a Motion to Remand arguing it was premature to determine my damages until I had an opportunity to conduct discovery and therefore I was unable to stipulate to an amount in controversy. At the remand hearing I stated my demand for $500,000 was not predicated upon any claim(s) but rather just a probing offer to feel out defendant.

6. This Court granted my Motion to Remand and I thereafter dismissed the state court action on August 5, 2019.

7. On December 23, 2019, I filed the current Petition in the Circuit Court for St. Louis County, Missouri, Cause No. 19SL-CCCC05679.

8. After filing this action, and receiving Carvana's memorandum supporting their Motion to Compel Arbitration, I realized I was going to have to amend my pleadings striking my statutory causes of action and pleading new claims. I put Carvana on notice that I would be amending my pleadings. *See* Exhibit A attached hereto and incorporated herewith by reference.

9. After doing further research it has come to my attention a pro se litigant is not entitled to attorney fees in Missouri and as such I will also be striking any claim for attorney fees in my amended pleadings.

*(Remainder of Page Intentionally Left Blank)*

1  Sworn to by Richard Saddler under penalty of perjury under the laws of the State of Missouri that
2  the foregoing is true and correct and that this affidavit is executed on Feb. 20, 2020 in St. Louis
3  County in the state of Missouri.
4
5
6
7  Richard Saddler
   Pro Se Plaintiff
8
9  State of Missouri
10 County and City of St. Louis
11 On this _____ day of _____ in the year 2020 before me _____, a Notary
12 Public in and for said state, personally appeared Richard Saddler, known to be the person who
   executed the within affidavit, and who acknowledged to me that he executed the same for the
13 purpose therein stated.
14 _____
15 Notary Public

## CERTIFICATE OF SERVICE

On this 20th day of February, 2020, a copy of the attached **PLAINTIFF'S AFFIDAVIT IN SUPPORT OF HIS MEMORANDUM IN OPPSOITION TO REMOVAL and PLAINTIFF'S MEMORANDUM IN OPPOSITION TO CARVANA'S NOTICE OF REMOVAL**, were hand deliver to the US Clerk of Court and Mailed to Defendant Attorney's: Bill Brasher and Allison Lee
to the following addresses respectfully:

Boyle Brasher
1010 Market Street, St. Louis, MO 63101

and

US Clerk of Court
111 South 10th st
St. Louis, MO 63102

Exhibit A

## Amending my Petition

From: Richard Saddler (richardsaddler@yahoo.com)

To: wbrasher@boylebrasher.com; alee@boylebrasher.com

Date: Wednesday, January 22, 2020, 08:07 AM CST

For the purposes of keeping an open line of communication. I am going to be amending my petition and adding statute 301.213 of the Missouri rules as a another Statute in which Carvana has violated. I don't believe I'm going to have this done prior to our hearing date on Monday but I will attempt to. The reason for this disclosure to you is so that you're not wasting legal efforts without having all the facts in front of you. Thank you and again if you need to reach out to me you know how to do so.

Sent from Yahoo Mail on Android

> On Tue, Jan 21, 2020 at 8:20 AM, Richard Saddler <richardsaddler@yahoo.com> wrote:
>
> Bill I've received confirmation that you have received my Notice of Hearing, Plaintiffs TRO, and Memorandum in Opposition to Defendant Carvana's Motion to Compel Arbitration and Affidavit and all Exhibits to all fillings listed here in. You received all mentioned documents and supporting documentation yesterday at approximately 2 p.m., if you have any questions please don't hesitate to reach out to me.
>
> Richard T. Saddler
> richardsaddler@yahoo.com