**Beginning February 1, 2017, under Local Rule 13.05, it is the procedure of this Court to order the U.S. Attorney's Office to file a sealed statement in <u>all</u> criminal cases in which a defendant enters a guilty plea that will either explain the terms of a defendant's cooperation *or* state that a defendant did not cooperate with the government. <u>The public will not be able to determine whether a defendant did or did not cooperate with the government by reading these docket entries.</u>**

CLOSED

# U.S. District Court
## Eastern District of Missouri (St. Louis)
### CRIMINAL DOCKET FOR CASE #: 4:06-cr-00166-DJS All Defendants

Case title: USA v. Saddler

Date Filed: 03/09/2006
Date Terminated: 09/08/2006

Assigned to: District Judge Donald J. Stohr

**Defendant (1)**

**Richard T. Saddler**
*TERMINATED: 09/08/2006*

represented by **Brittney R. Smith**
LINCOLN COUNTY PROSECUTING
ATTORNEY'S OFFICE
45 Business Park Drive
P.O. Box 319
Troy, MO 63379
636-627-7748
Email: bsmith@lcmopa.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**N. Scott Rosenblum**
ROSENBLUM SCHWARTZ, P.C.
120 S. Central Ave.
Suite 130
Clayton, MO 63105
314-862-4332
Fax: 314-862-8050
Email: srosenblum@rsflawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

| **Pending Counts** | **Disposition** |
|---|---|
| MAIL FRAUD<br>(1r) | Defendant is committed to the custody of the Bureau of Prisons for a term of 14 months. This term consists of a term of 14 months on each of Counts I and III, all such terms to be served concurrently. Upon release, defendant shall be on supervised release for a term of 3 years. This term consists of a term of 3 years on each of Counts I and III, all such terms to be served concurrently. Defendant is ordered to pay a $200 special assessment and restitution in the amount of $237,500.00. |
| MAIL FRAUD<br>(3r) | Defendant is committed to the custody of the Bureau of Prisons for a term of 14 months. This term consists of a term of 14 months on each of Counts I and III, all such terms to be served concurrently. Upon release, defendant shall be on |



supervised release for a term of 3 years. This term consists of a term of 3 years on each of Counts I and III, all such terms to be served concurrently. Defendant is ordered to pay a $200 special assessment and restitution in the amount of $237,500.00.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| WIRE FRAUD (2r) | Counts 2 and 4 are dismissed on the motion of the government. |
| CRIMINAL FORFEITURE (4r) | Counts 2 and 4 are dismissed on the motion of the government. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA   represented by   **Howard J. Marcus**
OFFICE OF U.S. ATTORNEY
111 S. Tenth Street
20th Floor
St. Louis, MO 63102
314-539-2200
Fax: 314-539-7695
Email: howard.marcus@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/09/2006 | 1 | INDICTMENT as to Richard T. Saddler (1) count(s) 1, 2, 3, 4. (Attachments: # 1 Criminal Cover Sheet) (SAJ, ). Modified on 3/14/2006 (SAJ, ). (Entered: 03/09/2006) |
| 03/09/2006 | 2 | REDACTED INDICTMENT as to Richard T. Saddler (1): Former count 4 is now count 4r. Former count 1 is now count 1r. Former count 2 is now count 2r. Former count 3 is now count 3r.. (SAJ, ) (Entered: 03/09/2006) |
| 03/09/2006 | 3 | Order:...IT IS BY THE COURT ORDERED that said indictment shall be sealed and suppressed by the Clerk of the Court until said defendant is in custody or has given bail for the defendant's final appearance. Order as to Richard T. Saddler. . Signed by Judge Charles A. Shaw on 03/09/2006. (SAJ, ) (Entered: 03/09/2006) |
| 03/09/2006 | 4 | ENTRY OF ATTORNEY APPEARANCE Howard J. Marcus appearing for USA. (SAJ, ) (Entered: 03/09/2006) |
| 03/13/2006 |   | Arrest of defendant Richard T. Saddler date of arrest: 3/13/06 (KLH, ) (Entered: 03/14/2006) |
| 03/13/2006 | 6 | Minute Entry for proceedings held before Judge Thomas C. Mummert III: Initial Appearance/Rule 5 as to Richard T. Saddler held on 3/13/2006. Richard T. Saddler (1) $25,000.00 secured by 10%. Defendant given copy of: Indictment. Defendant to retain: Britney Stockton. Pretrial Services bail report received on: 3/13/06. Pretrial Sevices Officer: Larry Haywood. Bond papers executed. Arraignment set for 3/16/2006 10:00 AM in Courtroom 17N before Mag Judge David D. Noce. (Court Reporter or FTR Gold Operator initials: J. Webb.) (FTR Gold: yes.) (proceedings started: 4:14.) (proceedings ended: 4:23.) (Defendant Location: Released on bond.) (KLH, ) (Entered: 03/14/2006) |
| 03/13/2006 | 7 | Appearance and Compliance Bond Entered as to defendant Richard T. Saddler in amount of $ 25,000.00 |

| | | |
|---|---|---|
| | | secured by 10%. Signed by Judge Thomas C. Mummert III on 3/13/06. (KLH, ) (Entered: 03/14/2006) |
| 03/13/2006 | 8 | ORDER Setting Conditions of Release as to Defendant Richard T. Saddler (1). Signed by Judge Thomas C. Mummert III on 3/13/06. (KLH, ) (Entered: 03/14/2006) |
| 03/13/2006 | 9 | AFFIDAVIT OF OWNERSHIP for Richard T. Saddler in the amount of $2,500.00; owner of bond Rosenblum, Schwartz, Rogers & Glass. (KLH, ) (Entered: 03/14/2006) |
| 03/13/2006 | | Receipt # S2006-005259 in the amount of $2500.00 for BOND-BAIL on behalf of SADDLER, RICHARD. (CSW,) (Entered: 03/14/2006) |
| 03/14/2006 | 5 | LETTER LIFTING SUPPRESSION - Indictment/Superseding Indictment unsealed as to Richard T. Saddler (SAJ, ) (Entered: 03/14/2006) |
| 03/16/2006 | 10 | ORDER CONCERNING PRETRIAL MOTIONS as to Richard T. Saddler Forthwith each party may propound to opposing party and may file w/the court any request for pretrial disclosure of evidence or information not later than forthwith. The parties shall respond to any such request for pretrial disclosure not later than 3/30/06. Counsel for defendant to file with the court a memorandum if defendant chooses not to file any pretrial motions not later than 4/6/06. Criminal Pretrial Motion due by 4/6/2006. Evidentiary Hearing set for 4/17/2006 01:00 PM before Mag Judge David D. Noce. Jury Trial set for 5/22/2006 09:00 AM before Honorable Donald J. Stohr.. Signed by Judge David D. Noce on 3/16/06. (LLW, ) (Entered: 03/16/2006) |
| 03/16/2006 | 11 | Minute Entry for proceedings held before Judge David D. Noce :Arraignment: Parties present for arraignment. Defendant waives reading of indictment, plea of not guilty as to Richard T. Saddler (1) Count 1r,2r,3r,4r held on 3/16/2006 Attorney N. Scott Rosenblum for Richard T. Saddler added. Order on Pretrial motions to follow (Court Reporter or FTR Gold Operator initials:cliddy.) (FTR Gold : yes.) (proceedings started: 10:07a.) (proceedings ended: 10:09a.) (Defendant Location: bond.) (CQL, ) (Entered: 03/16/2006) |
| 03/16/2006 | 12 | MOTION for Pretrial Determination of the Admissibility of defendant's *EVIDENCE* by USA as to defendantRichard T. Saddler. (Marcus, Howard) (Entered: 03/16/2006) |
| 03/17/2006 | 13 | Letter Regarding Discovery as to Richard T. Saddler (Marcus, Howard) (Entered: 03/17/2006) |
| 03/17/2006 | 14 | Warrant Returned Executed on 3/16/06 in case as to Richard T. Saddler re: Indictment (KLH, ) (Entered: 03/17/2006) |
| 04/17/2006 | 15 | WAIVER of Filing Pretrial Motions by Richard T. Saddler (Rosenblum, N.) (Entered: 04/17/2006) |
| 04/17/2006 | 16 | ORDER denying 12 Motion for Pretrial Determination of Admissibility as to Richard T. Saddler (1). Signed by Judge David D. Noce on 4/17/06. (KLH, ) (Entered: 04/17/2006) |
| 04/17/2006 | 17 | Minute Entry for proceedings held before Judge David D. Noce :Motion Hearing as to Richard T. Saddler waived on 4/17/2006 (Court Reporter or FTR Gold Operator initials:L Wildermuth.) (FTR Gold : yes.) (proceedings started: 1:04.) (proceedings ended: 1:07.) (Defendant Location: released.) (LLW, ) (Entered: 04/17/2006) |
| 05/12/2006 | 18 | ORDER as to Richard T. Saddler - In light of the defendant's guilty plea entered herein this day, IT IS HEREBY ORDERED that all pending motions as to defendant Richard T. Saddler are denied as moot. . Signed by Judge Donald J. Stohr on 5/12/2006. (MRC, ) (Entered: 05/12/2006) |
| 05/12/2006 | 19 | Minute Entry for proceedings held before Judge Donald J. Stohr :Change of Plea Hearing as to Richard T. Saddler Guilty on counts I and III of the Indictment held on 5/12/2006. Counts held in abeyance until sentencing: II and IV of the indictment. Stipulation of facts relative to sentencing with plea agreement filed. Sentencing set for 7/28/2006 02:00 PM before Honorable Donald J. Stohr. (Court Reporter or FTR Gold Operator initials:Patti Dunn Wecke.) (FTR Gold : no.) (proceedings started: 2:32 pm.) (proceedings ended: 2:50 pm.) (Defendant Location: Bond.) (MRC, ) (Entered: 05/15/2006) |
| 05/12/2006 | 20 | PLEA AGREEMENT, GUIDELINES RECOMMENDATIONS AND STIPULATIONS by Richard T. Saddler, USA as to Richard T. Saddler (MRC, ) (Entered: 05/15/2006) |
| 07/17/2006 | 21 | First MOTION to Withdraw as Attorney by N. Scott Rosenblum. by Richard T. Saddler. (Rosenblum, N.) (Entered: 07/17/2006) |
| 07/18/2006 | 22 | ORDER IT IS HEREBY ORDERED that defendant's counsel's motion towithdraw as counsel [Doc. #21] is granted, and N. Scott Rosenblumis permitted to withdraw from further representation of defendant.Brittney R. Stockton shall remain as counsel for defendant. Signed by Judge Donald J. Stohr on 7/18/06. (KXS, ) (Entered: 07/18/2006) |
| 07/25/2006 | 23 | ORDER as to Richard T. Saddler - IT IS HEREBY ORDERED that the sentencing in this matter previously scheduled for Friday, July 28, 2006 at 2:00 pm has been **rescheduled for Wednesday, August 16, 2006 at** |

| | | |
|---|---|---|
| | | **9:30 am**. Sentencing set for 8/16/2006 09:30 AM before Honorable Donald J. Stohr.. Signed by Judge Donald J. Stohr on 7/25/2006. (MRC, ) (Entered: 07/25/2006) |
| 07/25/2006 | 24 | ENTRY OF ATTORNEY APPEARANCE: by N. Scott Rosenblum on behalf of Richard T. Saddler (Rosenblum, N.) (Entered: 07/25/2006) |
| 07/25/2006 | 25 | MOTION to Continue ; Sentencing by Richard T. Saddler. (Rosenblum, N.) (Entered: 07/25/2006) |
| 08/16/2006 | 26 | Minute Entry for proceedings held before Judge Donald J. Stohr :In Court Hearing as to Richard T. Saddler held on 8/16/2006. Parties present for sentencing hearing. Defendant makes oral request for a 2 week continuance of the sentencing hearing. Defendant to file a written request for continuance. The parties advise the Court that the disputed sentencing issues have been resolved. The Court grants the request for continuance and orders that the sentencing hearing is continued to Friday, September 8, 2006 at 10:30 am. (Court Reporter or FTR Gold Operator initials:Patti Dunn Wecke.) (FTR Gold : no.) (proceedings started: 10:20 am.) (proceedings ended: 10:27 am.) (Defendant Location: Bond.) (MRC, ) (Entered: 08/17/2006) |
| 08/28/2006 | 27 | NOTICE by USA as to Richard T. Saddler of: Lis Pendens (Marcus, Howard) (Entered: 08/28/2006) |
| 09/07/2006 | 28 | SENTENCING MEMORANDUM by defendant Richard T. Saddler (Rosenblum, N.) (Entered: 09/07/2006) |
| 09/08/2006 | 29 | EXHIBITS to defendant's sentencing memorandum received and filed in paper form. (KXS, ) (Entered: 09/08/2006) |
| 09/08/2006 | | Receipt # S2006-010810 in the amount of $237500.00 for RESTITUTION on behalf of SADDLER, RICHARD. (CSW,) (Entered: 09/08/2006) |
| 09/08/2006 | 30 | Minute Entry for proceedings held before Judge Donald J. Stohr :Sentencing as to Richard T. Saddler held on 9/8/2006; sentence imposed; see judgment (Court Reporter or FTR Gold Operator initials:Patti Dunn Wecke.) (FTR Gold : no.) (proceedings started: 11:20 a.m..) (proceedings ended: 11:40 a.m..) (Defendant Location: bond.) (KXS, ) (Entered: 09/11/2006) |
| 09/08/2006 | 31 | PRESENTENCE INVESTIGATION REPORT w/statement of reasons page attached (FILED UNDER SEAL) as to Richard T. Saddler (KXS, ) (Entered: 09/11/2006) |
| 09/08/2006 | 32 | JUDGMENT as to Richard T. Saddler (1), Count(s) 1r, 3r, Defendant is committed to the custody of the Bureau of Prisons for a term of 14 months. This term consists of a term of 14 months on each of Counts I and III, all such terms to be served concurrently. Upon release, defendant shall be on supervised release for a term of 3 years. This term consists of a term of 3 years on each of Counts I and III, all such terms to be served concurrently. Defendant is ordered to pay a $200 special assessment and restitution in the amount of $237,500.00.; Count(s) 2r, 4r, Counts 2 and 4 are dismissed on the motion of the government. . Signed by Judge Donald J. Stohr on 9/8/06. (KXS, ) (Entered: 09/12/2006) |
| 09/13/2006 | 33 | NOTICE by USA as to Richard T. Saddler of: Release of Lis Pendens (JWJ, ) (Entered: 09/18/2006) |
| 09/14/2006 | | Receipt # S2006-011007 in the amount of $200.00 for SPECIAL ASSESSMENT on behalf of SADDLER, RICHARD. (CSW,) (Entered: 09/14/2006) |
| 10/10/2006 | 34 | First MOTION to Continue ; self-surrender date by Richard T. Saddler. (Rosenblum, N.) (Entered: 10/10/2006) |
| 10/11/2006 | 35 | ORDER - IT IS HEREBY ORDERED that defendant's motion to continue surrender date is granted, and defendant shall be required to self surrender no earlier than November 26, 2006. IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this order on the United States Marshals Service and the Federal Bureau of Prisons.granting 34 Motion to Continue as to Richard T. Saddler (1). Signed by Judge Donald J. Stohr on 10/11/2006. (MRC, ) (Entered: 10/11/2006) |
| 10/11/2006 | | REMARK as to Richard T. Saddler: Certified copies of 10/11/2006 Court order forwarded to US Marshal Service and Federal Bureau of Prisons. (MRC, ) (Entered: 10/11/2006) |
| 10/16/2006 | 36 | SATISFACTION of as to Richard T. Saddler regarding Restitution (Golemon, Deborah) (Entered: 10/16/2006) |
| 11/24/2006 | 37 | Second MOTION to Continue ; Self-Surrender Date by Richard T. Saddler. (Rosenblum, N.) (Entered: 11/24/2006) |
| 11/27/2006 | 38 | RESPONSE to Motion by USA as to Richard T. Saddler re 37 Second MOTION to Continue ; Self-Surrender Date (Marcus, Howard) (Entered: 11/27/2006) |
| 11/27/2006 | 39 | ORDER - IT IS HEREBY ORDERED that defendant's second motion to continue self-surrender date is granted as follows. IT IS FURTHER ORDERED that defendant shall required to self surrender no earlier than December 7, 2006. IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this order on the United States Marshal Service and the Federal Bureau of Prisons.granting 37 Motion to Continue as to Richard T. Saddler (1). Signed by Judge Donald J. Stohr on 11/27/2006. (MRC, ) (Entered: 11/27/2006) |

| | | |
|---|---|---|
| 11/27/2006 | | REMARK as to Richard T. Saddler: Certified copies of 11/27/2006 court order[Doc. No. 39} forwarded to US Marshal Service and Federal Bureau of Prisons. (MRC, ) (Entered: 11/27/2006) |
| 12/26/2006 | 40 | Marshal's Return on Judgment as to Richard T. Saddler on 12/7/2006. Defendant voluntarily surrendered to FPC Yankton at Yankton, S.D. (MRC, ) (Entered: 12/28/2006) |
| 12/29/2006 | 41 | ORDER (Financial) as to Richard T. Saddler To surety of record In the Amount of $2,500 . Signed by Judge Donald J. Stohr on 12/29/06. (KXS, ) (Entered: 12/29/2006) |
| 01/05/2007 | 42 | Letter from USDC Finance Dept. Re:release of monies held in Registry of USDC (KXS, ) (Entered: 01/16/2007) |
| 08/27/2008 | 43 | PASSPORT NOTICE as to Richard T. Saddler has been filed. Notice of Court Order: Order File Date: 3/13/06. The aboved-name defendant is not permitted to apply for the issuance of a passport during the pendency of this action. Passport 112368474 surrendered to U.S. District Court on 3/14/06. (LGK) (Entered: 08/29/2008) |
| 08/27/2008 | 44 | PASSPORT NOTICE as to Richard T. Saddler has been filed. Notice of Disposition: Defendant convicted - Document and copy of judgment enclosed. (LGK) (Entered: 08/29/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/21/2020 17:33:25 | | | |
| **PACER Login:** | allisonlee7 | **Client Code:** | SADDLER 16616 |
| **Description:** | Docket Report | **Search Criteria:** | 4:06-cr-00166-DJS |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |