**Beginning February 1, 2017, under Local Rule 13.05, it is the procedure of this Court to order the U.S. Attorney's Office to file a sealed statement in <u>all</u> criminal cases in which a defendant enters a guilty plea that will either explain the terms of a defendant's cooperation *or* state that a defendant did not cooperate with the government. <u>The public will not be able to determine whether a defendant did or did not cooperate with the government by reading these docket entries.</u>**

# U.S. District Court
## Eastern District of Missouri (St. Louis)
### CRIMINAL DOCKET FOR CASE #: 4:13-cr-00301-CDP All Defendants

Case title: USA v. Saddler

Date Filed: 07/17/2013
Date Terminated: 07/01/2014

Assigned to: District Judge Catherine D. Perry

**Defendant (1)**

**Richard Saddler**
*TERMINATED: 07/01/2014*

represented by **Richard Saddler**
701 Ridgeside Dr.
Apt. L
Ballwin, MO 63021
PRO SE

**Albert S. Watkins**
KODNER WATKINS LC
7733 Forsyth Blvd.
Suite 600
St. Louis, MO 63105
314-727-9111
Fax: 314-727-9110
Email: albertswatkins@kwklaw.net
*TERMINATED: 08/27/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Barry A. Short**
LEWIS RICE, LLC
600 Washington
Suite 2500
St. Louis, MO 63101
314-444-7601
Fax: 314-612-7601
Email: bshort@lewisrice.com
*TERMINATED: 10/30/2013*
*LEAD ATTORNEY*
*Designation: Retained*

**Evan Z. Reid**
LEWIS RICE, LLC
600 Washington
Suite 2500
St. Louis, MO 63101
314-444-7600
Fax: 314-241-6056
Email: ereid@lewisrice.com
*TERMINATED: 10/30/2013*
*LEAD ATTORNEY*
*Designation: Retained*

**Kevin Curran**
FEDERAL PUBLIC DEFENDER

EXHIBIT
3

1010 Market Street
Suite 200
St. Louis, MO 63101
314-241-1255
Fax: 314-421-3177
Email: kevin_curran@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**St. Louis Fed Public Defender**
FEDERAL PUBLIC DEFENDER
1010 Market Street
Suite 200
St. Louis, MO 63101
314-241-1255
Fax: 314-421-3177
Email: moe_ecfnote@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Anthony S. Bretz**
KODNER WATKINS LC
7733 Forsyth Blvd.
Suite 600
St. Louis, MO 63105
314-727-9111
Fax: 314-727-9110
Email: tbretz@kwklaw.net
*TERMINATED: 08/27/2013*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael Schwade**
KODNER AND WATKINS
7800 Forsyth Boulevard
Suite 700
St. Louis, MO 63105
314-727-9111
Fax: 314-727-9110
Email: mschwade@kwklaw.net
*TERMINATED: 08/27/2013*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| WIRE FRAUD (1r) | The defendant pleaded guilty to counts one, two and three of the indictment on March 7, 2014. The defendant is hereby committed to the custody of the United States Bureau of Prisons for a total term of 33 months on each of counts one, two and three, to be served concurrently. This sentence shall run consecutively to any sentence imposed in Circuit Court, St. Louis County, under Docket Nos. 12SL-CR10668-01 and 14SL-CR01796. Upon release from imprisonment, the defendant shall be on supervised release for a term of three years on each of counts one through three, to be served concurrently. Restitution ordered in the amount of $335,600. Special assessment of $100 on each of |

| | |
|---|---|
| WIRE FRAUD<br>(2r) | counts one, two and three, for a total of $300, due immediately.<br><br>The defendant pleaded guilty to counts one, two and three of the indictment on March 7, 2014. The defendant is hereby committed to the custody of the United States Bureau of Prisons for a total term of 33 months on each of counts one, two and three, to be served concurrently. This sentence shall run consecutively to any sentence imposed in Circuit Court, St. Louis County, under Docket Nos. 12SL-CR10668-01 and 14SL-CR01796. Upon release from imprisonment, the defendant shall be on supervised release for a term of three years on each of counts one through three, to be served concurrently. Restitution ordered in the amount of $335,650. Special assessment of $100 on each of counts one, two and three, for a total of $300, due immediately. |
| WIRE FRAUD<br>(3r) | The defendant pleaded guilty to counts one, two and three of the indictment on March 7, 2014. The defendant is hereby committed to the custody of the United States Bureau of Prisons for a total term of 33 months on each of counts one, two and three, to be served concurrently. This sentence shall run consecutively to any sentence imposed in Circuit Court, St. Louis County, under Docket Nos. 12SL-CR10668-01 and 14SL-CR01796. Upon release from imprisonment, the defendant shall be on supervised release for a term of three years on each of counts one through three, to be served concurrently. Restitution ordered in the amount of $335,600. Special assessment of $100 on each of counts one, two and three, for a total of $300, due immediately. |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Hal Goldsmith**<br>OFFICE OF U.S. ATTORNEY<br>111 S. Tenth Street<br>20th Floor<br>St. Louis, MO 63102<br>314-539-2200<br>Fax: 314-539-3887<br>Email: hal.goldsmith@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Joshua Michael Jones**
UNITED STATES ATTORNEY'S OFFICE - STL
Department of Justice
111 S. Tenth St.
20th Floor
St. Louis, MO 63102
314-539-2310
Email: joshua.m.jones@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/17/2013 | 1 | INDICTMENT returned in open court on 7/17/2013 to Judge John A. Ross by the Foreperson of the Grand Jury. Referred to Magistrate Judge Shirley P. Mensah as to Richard Saddler (1) count(s) 1-3. (Attachments: # 1 Criminal Cover Sheet) (SAJ) (Entered: 07/17/2013) |
| 07/17/2013 | 2 | REDACTED INDICTMENT returned in open court on 7/17/2013 to Judge John A. Ross by the Foreperson of the Grand Jury. Referred to Magistrate Judge Shirley P. Mensah as to Richard Saddler (1): Former count 1-3 is now count 1r-3r.. (SAJ) (Entered: 07/17/2013) |
| 07/17/2013 |   | Warrant Issued as to Indictment in case as to Richard Saddler. (SAJ) (Entered: 07/17/2013) |
| 07/17/2013 |   | Pursuant to Local Rule 2.08, the assigned/referred magistrate judge is designated and authorized by the court to exercise full authority in this assigned/referred action or matter under 28 U.S.C. Sec. 636 and 18 U.S.C Sec. 3401. (CSAW) (Entered: 07/17/2013) |
| 07/18/2013 | 3 | ENTRY OF ATTORNEY APPEARANCE Hal Goldsmith appearing for USA. (Goldsmith, Hal) (Entered: 07/18/2013) |
| 07/22/2013 | 4 | ENTRY OF ATTORNEY APPEARANCE: by Albert S. Watkins on behalf of Richard Saddler (Watkins, Albert) (Entered: 07/22/2013) |
| 07/22/2013 | 5 | ENTRY OF ATTORNEY APPEARANCE: by Anthony S. Bretz on behalf of Richard Saddler (Bretz, Anthony) (Entered: 07/22/2013) |
| 07/22/2013 |   | Arrest of defendant Richard Saddler date of arrest: 7/22/13 (LGK) (Entered: 07/22/2013) |
| 07/22/2013 | 6 | Minute Entry for proceedings held before Magistrate Judge Nannette A. Baker:Initial Appearance/Rule 5 as to Richard Saddler held on 7/22/2013 Richard Saddler (1) $25,000 Unsecured. Defendant given copy of: indictment. Defendant to retain: Albert Watkins and Anthony Bretz. Court to appoint: n/a. Pretrial Services Officer: Shannon McAllister. Arraignment set for 7/23/2013 02:30 PM in Courtroom 13S before Magistrate Judge Shirley P. Mensah. (FTR Gold Operator initials:C. Kornberger.) (FTR Gold: Yes.) (proceedings started: 10:49 a.m..) (proceedings ended: 11:00 a.m..) (Defendant Location: bond.) (LGK) (Entered: 07/22/2013) |
| 07/22/2013 | 7 | Unsecured Bond Entered as to defendant Richard Saddler in amount of $ $25,000,. Signed by Magistrate Judge Nannette A. Baker on 7/22/13. (LGK) (Entered: 07/22/2013) |
| 07/22/2013 | 8 | ORDER Setting Conditions of Release by Defendant Richard Saddler. as to Richard Saddler (1) $25,000 Unsecured. Signed by Magistrate Judge Nannette A. Baker on 7/22/13. (LGK) (Entered: 07/22/2013) |
| 07/23/2013 | 9 | ENTRY OF ATTORNEY APPEARANCE: by Michael Schwade on behalf of Richard Saddler (Schwade, Michael) (Entered: 07/23/2013) |
| 07/23/2013 | 10 | Minute Entry for proceedings held before Magistrate Judge Shirley P. Mensah:Arraignment: Parties present for arraignment. Defendant waives reading of indictment, plea of not guilty as to Richard Saddler (1) Count 1r-3r held on 7/23/2013. Criminal Pretrial Motion due by 8/13/2013. Defendant arraigned, waives reading of indictment, and pleas of not guilty entered. (FTR Gold Operator initials:RAK.) (FTR Gold: Yes.) (proceedings started: 2:30 pm.) (proceedings ended: 2:36 pm.) (Defendant Location: Bond.) (RAK) (Entered: 07/23/2013) |
| 07/23/2013 | 11 | MOTION for Extension For Additional Time To Obtain and Review Discovery Materials and To Determine Whether and/or What Pretrial Motions are to be Filed by Richard Saddler. (RAK) (Entered: 07/23/2013) |
| 07/23/2013 | 12 | ORDER granting 11 Motion for Extension IT IS HEREBY ORDERED that the time granted to defendant to investigate and prepare pretrial motions or a waiver thereof is excluded from computation of the time for speedy trial as to Richard Saddler (1) Signed by Magistrate Judge Shirley P. Mensah on 7/23/2013. (RAK) (Entered: 07/23/2013) |

| Date | Doc # | Description |
|---|---|---|
| 07/23/2013 | 13 | ORDER CONCERNING PRETRIAL MOTIONS as to Richard Saddler. Forthwith each party may propound to opposing party and may file w/the court any request for pretrial disclosure of evidence or information. The parties shall respond to any such request for pretrial disclosure not later than 8/5/2013. Counsel for defendant to file with the court a memorandum if defendant chooses not to file any pretrial motions not later than 8/13/2013. Criminal Pretrial Motion due by 8/13/2013.. Signed by Magistrate Judge Shirley P. Mensah on 7/23/2013. (RAK) (Entered: 07/23/2013) |
| 07/23/2013 | | Receipt 4644037048 in the amount of $0.00 for PASSPORT on behalf of Richard Saddler (CCAM) (Entered: 07/24/2013) |
| 07/24/2013 | 14 | Warrant Returned Executed as to Indictment on 7/22/13 in case as to Richard Saddler. (ARL) (Entered: 07/25/2013) |
| 07/25/2013 | 15 | PASSPORT NOTICE as to Richard Saddler has been filed. Notice of Court Order: Order File Date: 7/22/2013. The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action. Passport 477009965 surrendered to U.S. District Court on 7/23/2013. (RAK) (Entered: 07/25/2013) |
| 08/05/2013 | 16 | BAIL REPORT(FILED UNDER SEAL) as to Richard Saddler. (SMM) (Entered: 08/05/2013) |
| 08/13/2013 | 17 | MOTION for Extension of Time to File Pretrial Motions by Richard Saddler. (Watkins, Albert) (Entered: 08/13/2013) |
| 08/14/2013 | 18 | ORDER as to Richard Saddler: IT IS HEREBY ORDERED that Defendant's Motion for extension of time within which to file pretrial motions is GRANTED. [Doc. 17]. IT IS FURTHER ORDERED that Defendant shall have until August 26, 2013 to file any pretrial motions or waiver of motions. The government shall have until September 3, 2013 to respond.. Signed by Magistrate Judge Shirley P. Mensah on 8/14/13. (LGK) (Entered: 08/14/2013) |
| 08/16/2013 | 19 | MOTION to Withdraw as Attorney by Albert S. Watkins. by Richard Saddler. (Watkins, Albert) (Entered: 08/16/2013) |
| 08/16/2013 | 20 | MOTION to Withdraw as Attorney by Anthony S. Bretz. by Richard Saddler. (Bretz, Anthony) (Entered: 08/16/2013) |
| 08/16/2013 | 21 | MOTION to Withdraw as Attorney by Michael D. Schwade. by Richard Saddler. (Schwade, Michael) (Entered: 08/16/2013) |
| 08/22/2013 | 22 | ORDER:A hearing on the motions of defense counsel, Albert S. Watkins, Anthony S. Bretz, Michael D. Schwade and the law firm of Kodner Watkins & Kloecker, LC to withdrawfromtheir representation ofDefendantRichard Saddler Doc. 19 , 20 & 21 will be held in the courtroom of the undersigned at 9:30 a.m. on Tuesday, August 27, 2013. Counsel and Defendant are required to be present. Signed by Magistrate Judge Shirley P. Mensah on 8/22/2013. (RAK) (Entered: 08/22/2013) |
| 08/27/2013 | 23 | Minute Entry for proceedings held before Magistrate Judge Shirley P. Mensah:Motion Hearing as to Richard Saddler held on 8/27/2013 re 21 MOTION to Withdraw as Attorney by Michael D. Schwade filed by Richard Saddler, 19 MOTION to Withdraw as Attorney by Albert S. Watkins filed by Richard Saddler, 20 MOTION to Withdraw as Attorney by Anthony S. Bretz filed by Richard Saddler. Motions granted. Written Order to follow. New Counsel granted 14 day extension. Hearing Sealed from 9:31 a.m. - 9:40 a.m. (FTR Gold Operator initials: ARL) (FTR Gold: Yes) (proceedings started: 9:29 a.m.) (proceedings ended: 9:42 a.m.) (Defendant Location: Bond) (ARL) (Entered: 08/27/2013) |
| 08/27/2013 | 24 | ORDER: IT IS HEREBY ORDERED that the motions of defense counsel, Albert S.Watkins, Anthony S. Bretz, Michael D. Schwade and the law firm of Kodner Watkins & Kloecker, LC to withdraw from their representation of Defendant Richard Saddler [Doc. 19, 20 & 21] are GRANTED. IT IS FURTHER ORDERED that Defendant shall have until September 9, 2013 to file any pretrial motions or notice of intent to waive motions. The government shall have until September 16, 2013 to respond. 19 20 21 Criminal Pretrial Motion due by 9/9/2013. Signed by Magistrate Judge Shirley P. Mensah on 8/27/13. (ARL) (Entered: 08/27/2013) |
| 09/04/2013 | 25 | ORDER as to Richard Saddler: There shall be a Status Hearing regarding counsel on Tuesday, September 10, 2013 at 9:30 A.M. in the courtroom of the undersigned. IT IS SO ORDERED. Signed by Magistrate Judge Shirley P. Mensah on 9/4/13. (ARL) (Entered: 09/04/2013) |
| 09/04/2013 | | REMARK as to Richard Saddler: Copy of Order dated 9/4/13 mailed to Defendant Richard Saddler at 1616 Featherstone Drive, St. Louis, MO 63131. (ARL) (Entered: 09/04/2013) |
| 09/04/2013 | 26 | CJA 23 Financial Affidavit by Richard Saddler (LGK) (Entered: 09/05/2013) |
| 09/05/2013 | 27 | TRANSCRIPT ORDER REQUEST by Richard Saddler for proceedings of Defense Counsels' Motion for Leave to Withdraw for proceedings held on 8/27/2013 to 8/27/2013 before Judge Mensah. (Watkins, Albert) |

| | | |
|---|---|---|
| | | (Entered: 09/05/2013) |
| 09/06/2013 | | REMARK as to Richard Saddler: Transcript to be prepared by Shannon White (LGK) (Entered: 09/06/2013) |
| 09/10/2013 | 28 | Minute Entry for proceedings held before Magistrate Judge Shirley P. Mensah:Status Conference as to Richard Saddler held on 9/10/2013. Order to issue (FTR Gold Operator initials:RAK.) (FTR Gold: Yes.) (proceedings started: 9:33 am.) (proceedings ended: 9:50 am.) (Defendant Location: Bond.) (RAK) (Entered: 09/10/2013) |
| 09/10/2013 | 29 | ORDER: IT IS HEREBY ORDERED that there shall be a Status Hearing on Friday, September 13, 2013 at 9:30 A.M. Defendant shall appear either with retained counsel or with evidence of his attempts to hire counsel including, but not limited to, the names and contact information of each attorney he contacted regarding representation in this matter. IT IS FURTHER ORDERED that the deadlines for filing and responding to pretrial motions are stayed until further order of the Court. Signed by Magistrate Judge Shirley P. Mensah on 9/10/2013. COPY OF THIS ORDER MAILED to Defendant. (RAK) (Entered: 09/10/2013) |
| 09/12/2013 | 30 | ENTRY OF ATTORNEY APPEARANCE: by Barry A. Short on behalf of Richard Saddler (Short, Barry) (Entered: 09/12/2013) |
| 09/12/2013 | 31 | Consent MOTION to Continue ; Status Hearing by Richard Saddler. (Short, Barry) (Entered: 09/12/2013) |
| 09/12/2013 | 32 | ENTRY OF ATTORNEY APPEARANCE: by Evan Z. Reid on behalf of Richard Saddler (Reid, Evan) (Main Document 32 replaced on 9/12/2013) (DLB). (Entered: 09/12/2013) |
| 09/12/2013 | 33 | ORDER: IT IS HEREBY ORDERED that the Status Conference is re-scheduled on September 19, 2013 at 10:00 A.M. IT IS FURTHER ORDERED that theparties shall confer before this hearing and be prepared to discuss Pretrial motion deadlines and other Pretrial matters Signed by Magistrate Judge Shirley P. Mensah on 9/12/2013. (RAK) (Entered: 09/12/2013) |
| 09/19/2013 | 34 | Minute Entry for proceedings held before Magistrate Judge Shirley P. Mensah:Status Conference as to Richard Saddler held on 9/19/2013. New pretrial deadlines set. Order to issue. (FTR Gold Operator initials: R. Kilduff.) (FTR Gold: Yes.) (proceedings started: 10:01.) (proceedings ended: 10:05.) (Defendant Location: bond.) (LAH) (Entered: 09/19/2013) |
| 09/19/2013 | 35 | ORDER as to Richard Saddler: IT IS HEREBY ORDERED that Defendants oral motion for additional time within which to file pretrial motions or waiver of motions is GRANTED. IT IS FURTHER ORDERED that Defendant shall have until October 3, 2013 to file any pretrialmotions or waiver ofmotions. The Government shall have until October 10, 2013 to respond. Signed by Magistrate Judge Shirley P. Mensah on 9/19/2013. (RAK) (Entered: 09/19/2013) |
| 09/24/2013 | 36 | MOTION for Bill of Particulars by Richard Saddler. (Short, Barry) (Entered: 09/24/2013) |
| 09/25/2013 | 37 | RESPONSE to Motion by USA as to Richard Saddler re 36 MOTION for Bill of Particulars (Goldsmith, Hal) (Entered: 09/25/2013) |
| 09/25/2013 | 38 | MEMORANDUM AND ORDER - IT IS HEREBY ORDERED that Defendant Richard Saddler's Motion for a Bill of Particulars (Doc. 36) be DENIED. Signed by Magistrate Judge Shirley P. Mensah on 9/25/13. (LAH) (Entered: 09/25/2013) |
| 10/22/2013 | 39 | MOTION to Withdraw as Attorney by Barry A. Short. by Richard Saddler. (Short, Barry) (Entered: 10/22/2013) |
| 10/22/2013 | 40 | MOTION to Withdraw as Attorney by Evan Z. Reid. by Richard Saddler. (Reid, Evan) (Entered: 10/22/2013) |
| 10/23/2013 | 41 | ORDER as to Richard Saddler : IT IS HEREBY ORDERED that there shall be a Motion Hearing on counsel for defendant's Motion to Withdraw as Counsel [Docs. 39 and 40 ] on Wednesday, October 30, 2013 at 10:00 A.M. Counsel and defendant are required to be present. Signed by Magistrate Judge Shirley P. Mensah on 10/23/13. (ARL) (Entered: 10/23/2013) |
| 10/30/2013 | 42 | ORDER as to Richard Saddler (1): IT IS HEREBY ORDERED that the motions of defense counsel, Barry A. Short, Evan Z. Reid and the law firm of Lewis, Rice & Fingersh, L.C., to withdraw from their representation of Defendant Richard Saddler [Doc. 39 & 40] are GRANTED. IT IS FURTHER ORDERED that this case will be set for trial by the Honorable Carol E. Jackson. Signed by Magistrate Judge Shirley P. Mensah on 10/30/13. (LGK) (Entered: 10/30/2013) |
| 10/30/2013 | 43 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Richard Saddler St. Louis Fed Public Defender for Richard Saddler appointed.. Signed by Magistrate Judge Shirley P. Mensah on 10/30/13. (LGK) (Entered: 10/30/2013) |
| 10/30/2013 | 44 | Minute Entry for proceedings held before Magistrate Judge Shirley P. Mensah:Motion Hearing as to Richard Saddler held on 10/30/2013 re 40 MOTION to Withdraw as Attorney by Evan Z. Reid. filed by Richard Saddler, 39 MOTION to Withdraw as Attorney by Barry A. Short. filed by Richard Saddler. Discussion held |

| | | |
|---|---|---|
| | | between Court and counsel. Motions granted. Court to appoint counsel. Order to issue. (FTR Gold Operator initials:L. Wooley.) (FTR Gold: Yes.) (proceedings started: 10:02 a.m..) (proceedings ended: 10:19 a.m..) (Defendant Location: bond.) (LGK) (Entered: 10/30/2013) |
| 11/04/2013 | 45 | ORDER: IT IS HEREBY ORDERED that this case is set for trial on Monday, November25, 2013, at 9:30 a.m.. (see order for details). Signed by District Judge Carol E. Jackson on 11/4/2013. (KMS) (Entered: 11/04/2013) |
| 11/04/2013 | 46 | ORDER: IT IS HEREBY ORDERED that any request to continue a hearing or other court proceeding must be filed not later than noon on the business day immediately preceding the date on which the hearing or court proceeding is scheduled to occur. IT IS FURTHER ORDERED that any attorney who, because of the failure to make a timely request for a continuance, causes transportation expenses to be incurred by the United States Marshals Service will be required to pay such expenses, absent a showing of good cause. IT IS FURTHER ORDERED that, in addition to payment of the expenses of the Marshals Service, a monetary sanction in an amount not to exceed $100.00 will be imposed on any attorney who, without good cause, fails to comply with this order. Signed by District Judge Carol E. Jackson on 11/4/2013. (KMS) (Entered: 11/04/2013) |
| 11/18/2013 | 47 | ENTRY OF ATTORNEY APPEARANCE: by Kevin Curran on behalf of Richard Saddler (Curran, Kevin) (Entered: 11/18/2013) |
| 11/18/2013 | 48 | MOTION to Continue ; Trial by Richard Saddler. (Curran, Kevin) (Entered: 11/18/2013) |
| 11/19/2013 | 49 | ORDER TO CONTINUE (per 18:3161)- Ends of Justice as to Richard Saddler - IT IS HEREBY ORDERED that the motion of the defendant Richard Saddler for a continuance of the trial setting [Doc. # 48 ] is granted. IT IS FURTHER ORDERED that the trial of this matter is continued to Monday, January 6, 2014, at 9:30 a.m. If the defendant elects to enter a guilty plea, a change of plea hearing will be held in lieu of the trial. IT IS FURTHER ORDERED that the period of delay between the date of this Order and the trial date shall be excluded from computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161. Signed by District Judge Carol E. Jackson on 11/19/13. (KJS) (Entered: 11/19/2013) |
| 11/20/2013 | 50 | WAIVER of Speedy Trial by Richard Saddler (Curran, Kevin) (Entered: 11/20/2013) |
| 12/27/2013 | 51 | MOTION to Continue ; Trial by Richard Saddler. (Attachments: # 1 Attachment Speedy Trial Waiver)(Curran, Kevin) (Entered: 12/27/2013) |
| 01/02/2014 | 52 | ORDER TO CONTINUE (per 18:3161)- Ends of Justice as to Richard Saddler - IT IS HEREBY ORDERED that the defendants motion for a continuance of the trial setting [Doc. # 51 ] is granted. IT IS FURTHER ORDERED that the trial of this matter is continued to Monday, March 10, 2014, at 9:30 a.m. If the defendant elects to enter a guilty plea, a change of plea hearing will be held in lieu of the trial. IT IS FURTHER ORDERED that the period of delay between the date of this Order and the trial date shall be excluded from computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161. Signed by District Judge Carol E. Jackson on 1/2/14. (KJS) (Entered: 01/02/2014) |
| 03/05/2014 | 53 | ORDER as to Richard Saddler ; Change of Plea Hearing set for 3/7/2014 10:30 AM in Courtroom 14N before District Judge Carol E. Jackson. IT IS FURTHER ORDERED that the parties must submit a fully-executed copy of a plea agreement and/or stipulation of facts that comports with Section 6B1.4 of the U.S. Sentencing Guidelines and the Administrative Order of this court dated July 19, 2006. The copy must be delivered to chambers (by fax or by email) not later than noon on the business day preceding the change of plea.. Signed by District Judge Carol E. Jackson on 3/5/14. (KKS) Modified on 3/6/2014 (KMS). (Entered: 03/05/2014) |
| 03/07/2014 | 55 | Minute Entry for Change of Plea proceedings held before District Judge Carol E. Jackson as to Richard Saddler; Guilty on counts 1, 2, 3 of the indictment. Sentencing set for 5/30/2014 10:30 AM in Courtroom 14N before District Judge Carol E. Jackson. (Court Reporter: Susan Moran.) (FTR Gold: No.) (proceedings started: 10:34.) (proceedings ended: 10:55.) (Defendant Location: BOND.) (KKS) (Entered: 03/07/2014) |
| 03/07/2014 | 56 | GUILTY PLEA AGREEMENT by USA, Richard Saddler as to Richard Saddler (KKS) (Entered: 03/07/2014) |
| 03/07/2014 | 57 | SENTENCING ORDER : the sentencing hearing will be held on May 30, 2014 at 10:30 a.m. in Courtroom 14 North. Objections to Presentence Report due by 5/9/2014.. Signed by District Judge Carol E. Jackson on 3/7/14. (KKS) (Entered: 03/07/2014) |
| 03/07/2014 | 58 | ORDER as to Richard Saddler regarding testimony at the sentencing hearing. Signed by District Judge Carol E. Jackson on 3/7/14. (KKS) (Entered: 03/07/2014) |
| 03/20/2014 | 59 | RESTITUTION QUESTIONNAIRE (FILED UNDER SEAL) by USA as to Richard Saddler. A redacted copy will be provided to defense counsel by USA. (Goldsmith, Hal) (Entered: 03/20/2014) |
| 04/25/2014 | 62 | ACCEPTANCE TO PRESENTENCE INVESTIGATION REPORT by USA as to Richard Saddler (Goldsmith, Hal) (Entered: 04/25/2014) |

| | | |
|---|---|---|
| 05/19/2014 | 63 | MOTION to Continue ; Sentencing by Richard Saddler. (Curran, Kevin) (Entered: 05/19/2014) |
| 05/22/2014 | 64 | RESPONSE to Motion by USA as to Richard Saddler re 63 MOTION to Continue ; Sentencing (Goldsmith, Hal) (Entered: 05/22/2014) |
| 05/22/2014 | 65 | ORDER: IT IS HEREBY ORDERED that the defendants motion to continue the sentencing hearing [Doc. # 63] is granted. IT IS FURTHER ORDERED that the sentencing hearing is continued to Tuesday, July 1, 2014, at 10:00 a.m. Signed by District Judge Carol E. Jackson on 5/22/2014. (KMS) (Entered: 05/22/2014) |
| 05/23/2014 | 66 | FINAL PRESENTENCE INVESTIGATION REPORT (including addendum) as to Richard Saddler (Attachments: # 1 Letter)(AAS) (Entered: 05/23/2014) |
| 06/16/2014 | 68 | NOTICE of Intent to Call Witnesses at Sentencing by USA as to Richard Saddler (Goldsmith, Hal) (Entered: 06/16/2014) |
| 06/19/2014 | 69 | ORDER as to Richard Saddler - IT IS HEREBY ORDERED that this case is transferred to United States District Judge Catherine D. Perry for all further proceedings. IT IS FURTHER ORDERED that the parties shall appear for the sentencing hearing on Tuesday, July 1, 2014, at 10:00 a.m., in Courtroom 14-South. Sentencing set for 7/1/2014 10:00 AM in Courtroom 14S before District Judge Catherine D. Perry.. Signed by District Judge Carol E. Jackson on 6/19/14. (KKS) (Entered: 06/19/2014) |
| 06/19/2014 | 70 | ORDER OF REASSIGNMENT or RECUSAL in case as to Richard Saddler Judge District Judge Carol E. Jackson termed. Case reassigned to Judge District Judge Catherine D. Perry for all further proceedings.. Signed by Clerk of Court (JGW) on 6/19/14. (KKS) (Entered: 06/19/2014) |
| 06/25/2014 | 71 | MOTION for Leave to File Sealed Document by Richard Saddler. (Curran, Kevin) (Entered: 06/25/2014) |
| 06/25/2014 | 72 | Sealed Document 71 MOTION for Leave to File Sealed Document (Curran, Kevin) (Entered: 06/25/2014) |
| 06/25/2014 | 73 | Docket Text ORDER as to Richard Saddler Re: 71 MOTION for Leave to File Sealed Document ; ORDERED GRANTED. Signed by District Judge Catherine D. Perry on 6/25/14. (CDP) (Entered: 06/25/2014) |
| 06/26/2014 | 74 | SENTENCING MEMORANDUM by USA as to Richard Saddler (Attachments: # 1 Exhibit Government's Exhibit 1)(Goldsmith, Hal) Exhibit 1 sealed on 6/27/2014 due to identification of victims (CBL). (Entered: 06/26/2014) |
| 07/01/2014 | 76 | Minute Entry for proceedings held before District Judge Catherine D. Perry:Sentencing as to Richard Saddler held on 7/1/2014. Parties present for imposition of sentence. No objections to presentence report filed by either party. Presentence report adopted/accepted by the Court as findings of fact. Victim statement made in open court. Letters received re: defendant reviewed by the Court. Sentence imposed - see Judgment. Defendant to surrender to the United States Marshal for the Eastern District of Missouri on July 8, 2014 by 11:00 a.m. Certificate of compliance with Local Ruel 12.07(A) provided to defendant's attorney. (Court Reporter:G. Madden.) (FTR Gold: No.) (proceedings started: 10:06 a.m.) (proceedings ended: 10:32 a.m.) (Defendant Location: Bond.) (CBL) (Entered: 07/01/2014) |
| 07/01/2014 | 77 | JUDGMENT as to Richard Saddler (1), Count(s) 1r-3r, The defendant pleaded guilty to counts one, two and three of the indictment on March 7, 2014. The defendant is hereby committed to the custody of the United States Bureau of Prisons for a total term of 33 months on each of counts one, two and three, to be served concurrently. This sentence shall run consecutively to any sentence imposed in Circuit Court, St. Louis County, under Docket Nos. 12SL-CR10668-01 and 14SL-CR01796. Upon release from imprisonment, the defendant shall be on supervised release for a term of three years on each of counts one through three, to be served concurrently. Restitution ordered in the amount of $335,650. Special assessment of $100 on each of counts one, two and three, for a total of $300, due immediately. Signed by District Judge Catherine D. Perry on 07/01/2014. (CBL) (Entered: 07/01/2014) |
| 07/01/2014 | 78 | STATEMENT OF REASONS for Sentence as to defendant Richard Saddler . Signed by District Judge Catherine D. Perry on 07/01/2014. (CBL) (Entered: 07/01/2014) |
| 07/01/2014 | 79 | NOTICE by Richard Saddler of Certification of Compliance with Local Rule 12.07. (CBL) (Entered: 07/02/2014) |
| 07/08/2014 | 80 | ORDER (Financial) as to Richard Saddler. IT IS HEREBY ORDERED that the Clerk of Court is directed to forward the following domestic passports to the United States Department of State, CA/PPT/S/L 4th Floor, 1150 Passport Services Place, Dulles, VA 20189-1150. (Richard Saddler 477009965 4:13-CR-0301-CDP-1 07/01/2014) Signed by District Judge Catherine D. Perry on 07/08/2014. (CBL) (Entered: 07/08/2014) |
| 07/08/2014 | 81 | PASSPORT NOTICE as to Richard Saddler has been filed. Notice of Disposition: Defendant convicted - Document and copy of judgment enclosed. (CBL) (Entered: 07/08/2014) |
| 08/18/2014 | 82 | Marshal's Return on Judgment as to Richard Saddler on July 28, 2014. Defendant delivered to: FPC Marion, |

| | | |
|---|---|---|
| | | Illinois. (CBL) (Entered: 08/19/2014) |
| 12/05/2014 | | Receipt CT B001318 in the amount of $25.00 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 01/11/2015) |
| 12/19/2014 | | Receipt CT 4644047098 in the amount of $300.00 for SPECIAL PENALTY ASSESSMENT on behalf of Saddler, Richard (CCAM) (Entered: 12/25/2014) |
| 03/06/2015 | | Receipt CT B001327 in the amount of $67.02 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 04/19/2015) |
| 06/09/2015 | | Receipt CT B001324 in the amount of $48.45 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 07/12/2015) |
| 09/08/2015 | | Receipt CT B001337 in the amount of $25.00 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 10/18/2015) |
| 12/07/2015 | | Receipt CT B001307 in the amount of $25.00 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 01/17/2016) |
| 03/08/2016 | | Receipt CT B001300 in the amount of $25.00 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 07/21/2016) |
| 06/30/2016 | | Receipt CT 4644058049 in the amount of $25.00 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 07/03/2016) |
| 01/25/2017 | | Receipt CT 4644062255 in the amount of $30.00 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 01/27/2017) |
| 02/17/2017 | | Receipt CT 4644062763 in the amount of $40.00 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 02/22/2017) |
| 04/10/2017 | | Receipt CT 4644063884 in the amount of $12.00 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 04/12/2017) |
| 04/10/2017 | | Receipt CT 4644063885 in the amount of $6.00 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 04/12/2017) |
| 07/06/2017 | | Receipt CT 4644065789 in the amount of $60.00 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 07/09/2017) |
| 07/31/2017 | | Receipt CT 4644066294 in the amount of $300.00 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 08/02/2017) |
| 09/06/2017 | | Receipt CT 4644067048 in the amount of $300.00 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 09/08/2017) |
| 10/03/2017 | | Receipt CT 4644067621 in the amount of $300.00 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 10/05/2017) |
| 10/17/2017 | 84 | ENTRY OF ATTORNEY APPEARANCE Joshua Michael Jones appearing for USA. (Jones, Joshua) (Entered: 10/17/2017) |
| 10/19/2017 | 85 | APPLICATION for Writ on garnishment w/notice and instructions to garnishee; writ issued on garnishee: Snyder's by Plaintiff USA. (MCB) (Entered: 10/20/2017) |
| 10/23/2017 | | Receipt CT 4644068045 in the amount of $300.00 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 10/25/2017) |
| 10/24/2017 | 86 | NOTICE by USA as to Richard Saddler of: Certification of Service of Documents on Judgment Debtor (Jones, Joshua) (Entered: 10/24/2017) |
| 11/07/2017 | 87 | MOTION for Hearing by Richard Saddler. (MCB) (Entered: 11/07/2017) |
| 11/20/2017 | | Receipt CT 4644068614 in the amount of $300.00 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 11/30/2017) |
| 12/29/2017 | | Receipt CT 4644069466 in the amount of $300.00 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 01/10/2018) |
| 01/29/2018 | 88 | ORDER as to Richard Saddler. IT IS HEREBY ORDERED that the defendant's motion for a hearing 87 is granted and the governments request for garnishment is set for hearing on Thursday, February 8, 2018 at 9:00 a.m. in Courtroom 14-South. The defendant is required to be present in person at the hearing. Signed by |

| | | |
|---|---|---|
| | | District Judge Catherine D. Perry on 1/29/18. (Copy of Order sent to defendant on 1/29/18). (EAB) (Entered: 01/29/2018) |
| 02/07/2018 | 89 | ORDER as to Richard Saddler. Based on the telephone request of Richard Saddler received after 3:30 p.m. on February 7, 2018, IT IS HEREBY ORDERED that the garnishment hearing set for February 8, 2018 is continued to Friday, March 9, 2018 at 12 noon in Courtroom 14-South. The defendant is required to be present in person at the hearing. Signed by District Judge Catherine D. Perry on 2/7/2018. (CBL). (Entered: 02/07/2018) |
| 02/08/2018 | | ORDER RECEIPT: (see receipt) Docket No: 89. copy sent to non-electronic party on this date. Thu Feb 8 14:12:46 CST 2018 (Brown, Erica) (Entered: 02/08/2018) |
| 02/16/2018 | 90 | APPLICATION for Writ on garnishment w/notice and instructions to garnishee; writ issued on garnishee Datix LLC by Plaintiff USA (KXS) (Entered: 02/16/2018) |
| 02/16/2018 | | Receipt CT 4644070456 in the amount of $300.00 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 02/21/2018) |
| 02/21/2018 | 91 | NOTICE by USA as to Richard Saddler of: Certification of Service of Documents on Judgment Debtor (Jones, Joshua) (Entered: 02/21/2018) |
| 02/28/2018 | | Receipt CT 4644070665 in the amount of $426.00 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 03/01/2018) |
| 03/09/2018 | 92 | Minute Entry for proceedings held before District Judge Catherine D. Perry:Minutes as to Richard Saddler held on 3/9/2018. Parties present for Government's Application for writ of garnishment on garnishee:Datix, LLC. Defendant objects to the amount of the garnishment that the government is asking. This hearing is continued. Order to follow. (Court Reporter:Gayle Madden, Gayle_Madden@moed.uscourts.gov, 314-244-7987) (FTR Gold: No) (proceedings started: 12:00) (proceedings ended: 12:27) (Defendant Location: supervised release) (MCB) (Entered: 03/09/2018) |
| 03/12/2018 | 93 | Answer to Garnishment Interrogatories as to Richard Saddler; Garnishee DATIX LLC. RE: 90 (Attachments: # 1 Correspondence, # 2 Envelope). (EAB) (Entered: 03/13/2018) |
| 03/26/2018 | 94 | TRANSCRIPT ORDER REQUEST for 92 (Garnishment Hearing) by Richard Saddler for proceedings held on March 9, 2018 court reporter Gayle Madden before Judge Honorable Catherine D. Perry. (request forwarded to g. madden this date) (CBL) (Entered: 03/26/2018) |
| 03/26/2018 | 95 | ORDER as to Richard Saddler. (See Full Order.) IT IS HEREBY ORDERED that defendant Saddlers request for a hearing is deemed applicable to the Writ of Garnishment served on DATIX, LLC. IT IS FURTHER ORDERED that the hearing is continued and reset for Tuesday, May 8, 2018 at 12:30 p.m. in Courtroom 3 North. Signed by District Judge Catherine D. Perry on 3/26/2018. (CBL) (Entered: 03/26/2018) |
| 03/26/2018 | | ORDER RECEIPT: (see receipt) Docket No: 95. Order sent to party not electronically notified this date. Mon Mar 26 15:23:28 CDT 2018 (Long, Carol) (Entered: 03/26/2018) |
| 04/11/2018 | 96 | TRANSCRIPT of 92 (Writ of Garnishment Hearing) as to Richard Saddler held on March 9, 2018 before Honorable Catherine D. Perry. Court Reporter: Gayle Madden, Gayle_Madden@moed.uscourts.gov, 314-244-7987. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/2/2018. Redacted Transcript Deadline set for 5/14/2018. Release of Transcript Restriction set for 7/10/2018. (CBL) (Entered: 04/11/2018) |
| 05/08/2018 | 97 | Minute Entry for proceedings held before District Judge Catherine D. Perry: In Court Hearing as to Richard Saddler held on 5/8/2018. Parties present for in court hearing. Both sides heard by the Court regarding garnishment status. Final Order of Garnishment to be issued by the Court. (TIP Interpreter name: N/A)(Court Reporter:Gayle Madden, Gayle_Madden@moed.uscourts.gov, 314-244-7987)(FTR Gold Operator initials:N/A) (FTR Gold: No) (proceedings started: 12:29 pm) (proceedings ended: 12:46 pm) (Defendant Location: Supervised Release) (EAB) (Entered: 05/08/2018) |
| 05/08/2018 | 98 | GARNISHMENT ORDER as to Richard Saddler - IT IS ORDERED, ADJUDGED AND DECREED that Garnishee shall make payable to the Clerk, U.S. District Court the sum of fifteen percent (15%) of Defendant's non-exempt net disposable wages and continue said payments until Defendant's outstanding restitution judgment is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the debtor, or until further Order of this Court. A check shall be issued to the Clerk, U.S. District Court, Eastern District of Missouri, 111 S. 10th Street, Suite 3.300, St. Louis, Missouri 63102. IT IS FURTHER ORDERED that Garnishee is to serve notice on the U.S. Attorney, Financial Litigation Unit, 111 S. 10th Street, Suite 20.333, St. Louis, Missouri 63102, if the payments pursuant to this Order stop prior to the full satisfaction of the restitution judgment. Signed by District Judge Catherine D. Perry on May 8, 2018. |

| | | |
|---|---|---|
| | | (MCB)(Certified copy sent to: DATIX LLC, ATTN: PAYROLL/GARNISHMENTS, 9666 OLIVE BLD., SUITE 580, ST. LOUIS, MO 63132 this date.) (Entered: 05/08/2018) |
| 05/08/2018 | | ORDER RECEIPT: (see receipt) Docket No: 98. sent to non-electronic party this date Tue May 8 15:34:50 CDT 2018 (Berg, Melanie) (Entered: 05/08/2018) |
| 05/24/2018 | | Receipt CT 4644072414 in the amount of $1419.91 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 05/27/2018) |
| 06/12/2018 | | Receipt CT 4644072796 in the amount of $272.66 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 06/14/2018) |
| 07/06/2018 | | Receipt CT 4644073228 in the amount of $352.08 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 07/10/2018) |
| 07/13/2018 | | Receipt CT 4644073430 in the amount of $273.53 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 07/17/2018) |
| 07/31/2018 | | Receipt CT 4644073730 in the amount of $347.51 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 08/02/2018) |
| 08/13/2018 | | Receipt CT 4644074026 in the amount of $273.53 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 08/15/2018) |
| 08/28/2018 | | Receipt CT 4644074289 in the amount of $338.29 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 08/30/2018) |
| 09/13/2018 | | Receipt CT 4644074642 in the amount of $273.53 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 09/16/2018) |
| 09/28/2018 | | Receipt CT 4644074942 in the amount of $426.68 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 09/30/2018) |
| 10/15/2018 | | Receipt CT 4644075297 in the amount of $273.53 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 10/17/2018) |
| 10/29/2018 | | Receipt CT 4644075544 in the amount of $273.53 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 10/31/2018) |
| 11/14/2018 | | Receipt CT 4644075905 in the amount of $273.53 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 11/16/2018) |
| 11/27/2018 | | Receipt CT 4644076121 in the amount of $270.79 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 11/29/2018) |
| 12/14/2018 | | Receipt CT 4644076542 in the amount of $271.84 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 12/18/2018) |
| 01/02/2019 | | Receipt CT 4644076862 in the amount of $269.03 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 01/04/2019) |
| 01/15/2019 | | Receipt CT 4644077202 in the amount of $271.10 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 01/17/2019) |
| 01/28/2019 | | Receipt CT 4644077447 in the amount of $271.10 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 01/30/2019) |
| 02/12/2019 | | Receipt CT 4644077830 in the amount of $271.10 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 02/14/2019) |
| 03/01/2019 | | Receipt CT 4644078198 in the amount of $505.40 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 03/05/2019) |
| 03/12/2019 | | Receipt CT 4644078502 in the amount of $271.10 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 03/14/2019) |
| 03/29/2019 | | Receipt CT 4644078838 in the amount of $849.10 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 04/02/2019) |
| 04/15/2019 | | Receipt CT 4644079236 in the amount of $271.10 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 04/17/2019) |
| 04/29/2019 | | Receipt CT 4644079508 in the amount of $686.73 for VICTIM RESTITUTION on behalf of Saddler, Richard |

|  |  |
|---|---|
|  | (CCAM) (Entered: 05/01/2019) |
| 05/14/2019 | Receipt CT 4644079865 in the amount of $1965.77 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 05/16/2019) |
| 05/28/2019 | Receipt CT 4644080126 in the amount of $271.10 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 05/30/2019) |
| 06/14/2019 | Receipt CT 4644080552 in the amount of $271.10 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 06/18/2019) |
| 07/01/2019 | Receipt CT 4644080890 in the amount of $1029.98 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 07/03/2019) |
| 07/15/2019 | Receipt CT 4644081241 in the amount of $813.54 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 07/18/2019) |
| 07/29/2019 | Receipt CT 4644081536 in the amount of $964.70 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 07/31/2019) |
| 08/13/2019 | Receipt CT 4644081893 in the amount of $275.18 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 08/15/2019) |
| 08/27/2019 | Receipt CT 4644082170 in the amount of $275.18 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 08/29/2019) |
| 09/16/2019 | Receipt CT 4644082615 in the amount of $275.18 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 09/18/2019) |
| 10/01/2019 | Receipt CT 4644082911 in the amount of $1012.94 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 10/03/2019) |
| 10/17/2019 | Receipt CT 4644083252 in the amount of $276.57 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 10/22/2019) |
| 10/29/2019 | Receipt CT 4644083542 in the amount of $885.39 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 10/31/2019) |
| 11/13/2019 | Receipt CTC 4644083851 in the amount of $276.57 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 11/15/2019) |
| 12/03/2019 | Receipt CTC 4644084206 in the amount of $1463.34 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 12/06/2019) |
| 12/17/2019 | Receipt CTC 4644084551 in the amount of $276.57 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 12/20/2019) |
| 12/27/2019 | Receipt CTC 4644084717 in the amount of $1178.51 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 12/31/2019) |
| 01/15/2020 | Receipt CTC 4644085132 in the amount of $276.57 for VICTIM RESTITUTION on behalf of Saddler, Richard (CCAM) (Entered: 01/17/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/21/2020 17:28:47 | | | |
| **PACER Login:** | allisonlee7 | **Client Code:** | SADDLER 16616 |
| **Description:** | Docket Report | **Search Criteria:** | 4:13-cr-00301-CDP |
| **Billable Pages:** | 16 | **Cost:** | 1.60 |